

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00183-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-B-CV
Honorable William Old, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to October 26, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED**. If appellee's brief is not filed on or before October 26, 2016, the case will be submitted without the brief.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court